**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
Jarrod Y. Nakano (State Bar No. 235548)
Email: jarrod@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
DAVID BAUTISTA HERNANDEZ

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BAUTISTA HERNANDEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A., a National Association; PHH MORTGAGE CORPORATION, a New Jersey Corporation; MTC FINANCIAL, INC. DBA TRUSTEE CORPS, a California Corporation; and DOES 1 through 100; Inclusive,<br><br>Defendants. | Case No.: 8:18-CV-1167-JVS-KES<br><br>Judge: Hon. James V. Selna<br>Courtroom: C10<br><br>**ORDER FOR JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |

WHEREAS, Defendants WELLS FARGO BANK, N.A.; PHH MORTGAGE CORPORATION; MTC FINANCIAL, INC. DBA TRUSTEE CORPS (collectively, the "Defendants") on one hand, and Plaintiff DAVID BAUTISTA HERNANDEZ ("Plaintiff"), on the other hand, stipulated, through their respective attorneys of record, pursuant to Federal Rule of Civil Procedure Rule 41(a), that all claims and demands asserted by Plaintiff in this action shall be dismissed with prejudice, each party to bear their own costs and attorney fees; and

WHEREAS, it appears to the Court that the terms of the stipulation appear proper, and upon good cause showing,

IT IS HEREBY ORDERED that all claims and demands asserted by FAIRON in this action shall be and hereby are dismissed.

IT ISH HEREBY ORDERED with prejudice, each party to bear their own costs and attorney's fees.

DATED: September 03, 2019

By: _____
Hon. James V. Selna
US District Court Judge